PER CURIAM.

Candice M. Sina appeals the district court's * grant of summary judgment in Sina's action brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Having carefully reviewed the record, we conclude summary judgment was properly entered for the reasons stated by the district court. Thus, we affirm without further discussion. *See* 8th Cir. R. 47B.

**Candice M. SINA, Appellant,**

**v.**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; Wilford & Geske, P.A.; James A. Geske, Appellees.**

**No. 04–2528.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 17, 2005.

Decided: March 23, 2005.

Candice M. Sina, Champlin, MN, pro se.

Eric D. Cook, Wilford & Geske, Woodbury, MN, for Appellees.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

---

* The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of

---

the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge for the District of Minnesota.